UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

William Fernando Cantos Moracho

v. Case No. 26-cv-558-LM-TSM

Strafford County Department
of Corrections, et al

## JUDGMENT

In accordance with the Orders by Judge Landya B. McCafferty dated July 8, 2026, and July 16, 2026, judgment is hereby entered.

By the Court:

/s/ Karen Gorham
Karen Gorham
Chief Deputy Clerk

Date: July 16, 2026